**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 757 |
| | : | |
| APPOINTMENT TO THE JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of January, 2018, Renée D. Merion, Esquire, Chester County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing February 1, 2018.